CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 27 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JOHNNIE LEE JUSTICE, ) | |
| Plaintiff, ) | Civil Action No. 7:10cv00449 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| T. LOWE, et al., ) | By: Samuel G. Wilson |
| Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that Justice's motion to proceed in forma pauperis (Docket No. 2) is hereby **GRANTED**, this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 27th day of October, 2010.

_____
United States District Judge